IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

      Plaintiff,                          No. CIV S-11-0805 DAD P

   vs.

J. WALKER, et al.,                    ORDER AND

      Defendants.               FINDINGS & RECOMMENDATIONS

/

        Plaintiff is a state prisoner proceeding pro se. On May 9, 2011, plaintiff was ordered to file a new in forma pauperis application and a certified copy of his trust account statement within thirty days. In addition, plaintiff's complaint was dismissed and he was granted leave to file an amended complaint within thirty days. The thirty day period has now expired, and plaintiff has not filed his in forma pauperis application or his amended complaint, and has not otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to a District Judge.

        Also, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will0805.fifp.fta